# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

| | |
|---|---|
| ANONYMOUS,<br><br>                                      Plaintiff,<br><br>              - against -<br><br>MIKE TYSON,<br><br>                                    Defendant. | Index No:<br><br>**SUMMONS WITH NOTICE** |

**To the above named defendant(s):**

      PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a Notice of Appearance on the Plaintiff(s) at the address set forth below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

      YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

      This cause of action is brought under the Adult Survivors Act for sexual abuse sustained by the plaintiff, and now seeks Five Million Dollars ($5,000,000.00) Dollars.

      Plaintiff designates Albany County as the place of trial. The basis of the venue is based on where the cause of action arose.

Dated:   January 4, 2023

                                                  ODDO & BABAT, P.C.

                                      By:_____
                                        Darren Seilback, Esq.
                                        Attorneys for Plaintiff
                                        8 West 38th Street, Suite 1002
                                        New York, New York 10018
                                        (212) 642-0950
                                        File:  12372

**Defendant's address:**

MIKE TYSON
1258 Imperia Drive
Henderson, Nevada 89052