# Exhibit F

At an IAS Term of the Supreme Court of the State of New York, held in and for the County of Albany, in the City of Albany, at the Courthouse located at 16 Eagle Street, Albany, New York, on the 9th day of January, 2023.

P R E S E N T:

Hon. Denise A. Hartman
          ∧ J.S.C.

---

ANONYMOUS,

                                    Plaintiff,

            - against -

MIKE TYSON,

                                    Defendant.

---

Index No: 900096-23

**ORDER TO SHOW CAUSE**

Upon the annexed affidavit of ANONYMOUS, dated the 23rd day of December, 2022, the affirmation of DARREN SEILBACK, ESQ., attorney for the plaintiff, dated the 4th day of January, 2023, and the papers annexed thereto;

LET the defendant show cause at the IAS Term of this Court, before the Hon. Assigned Judge presiding thereat, on the 17th day of February, 2023, at 9:30 a.m., at the Courthouse located at 16 Eagle Street, Albany, New York; why an Order should not be granted, pursuant to CRL §50-B in connection with the plaintiff's application for an Order, allowing the plaintiff to proceed under the pseudonym ANONYMOUS during the pendency of this action, and related relief thereof, why an Order should not be entered,

1. Deeming plaintiff's use of the pseudonym ANONYMOUS, and deeming the caption *"Anonymous v. Mike Tyson"* to be proper;

2. Permitting plaintiff to proceed in this action under the pseudonym ANONYMOUS, and with the caption *"Anonymous v. Mike Tyson"*;

3. Directing the parties, their attorneys and agents to refrain from publishing plaintiff's true identity;

4. Directing that all papers filed in this action, and all judgments, orders, decisions, notices to the Court and any other documents relating to the action refer to the plaintiff by the pseudonym ANONYMOUS, and bear the caption "*Anonymous v. Mike Tyson*"; and directing the County Clerk to enter and record all papers in the action under the title *Anonymous v. Mike Tyson;* and

5. Granting such other and further relief as this Court may deem just and proper, and it is

ORDERED that service of a copy of this Order and the papers upon which it is based, be served upon the defendant, MIKE TYSON, located at 1258 Imperia Drive, Henderson, Nevada 89052, by personal service, ~~or~~ , on or before the 27th day of January, 2023, and shall be deemed good and sufficient service.

January 9, 2023

ENTER:

Denise A. Hartman
_____
J.S.C.

HON. DENISE A. HARTMAN
Acting Justice, Supreme Court

01/10/2023