UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANONYMOUS,

                Plaintiff,        **DEMAND FOR COMPLAINT**

        -against-          Civil Action No.: 1:23-CV-0142 (TJM/ATB)

MIKE TYSON,

                Defendant.
_____

PLEASE TAKE NOTICE, that defendant, Mike Tyson, by and through his attorneys, Girvin & Ferlazzo, PC, hereby demands, pursuant to CPLR 3012(b), that within twenty (20) days a copy of the complaint be served upon the undersigned at 20 Corporate Woods Blvd., in the city of Albany, State of New York 12211.

Dated: February 2, 2023

                                                    GIRVIN & FERLAZZO, P.C.

                                                    _____
                                                    Patrick J. Fitzgerald, Esq. (518414)
                                                    Daniel S. L. Rubin, Esq. (511103)
                                                    *Attorneys for Defendant Mike Tyson*
                                                    20 Corporate Woods Blvd.
                                                    Albany, New York 12211
                                                    Telephone: (518) 462-0300
                                                    Email: pjf@girvinlaw.com
                                                    Email: dsr@girvinlaw.com

To:    Darren Seilback, Esq.
        Oddo & Babat, P.C.
        *Attorneys for Plaintiff*
        8 West 38th Street, Suite 1002
        New York, New York 10018
        ds@oddobabat.com