EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY

ANONYMOUS,
                        Plaintiff,

- against -

MIKE TYSON,

                        Defendant.

Index No:

**PLAINTIFF'S AFFIDAVIT**

STATE OF NEW YORK   )
COUNTY OF ALBANY   ) ss.:

BEFORE ME, the undersigned authority, on this day personally appeared [REDACTED] known to me to be the person whose name is subscribed hereto, and who upon his oath deposed and stated as follows:

1. I am over the age of eighteen and I am fully capable of making this affidavit. I am a resident of the State of New York. I have personal knowledge of all facts stated herein, which are true and correct.

2. I met Mike Tyson in the early 1990s at a dance club called Septembers. My friend and I were hanging out with him and his limousine driver. Tyson told us about a party and asked us to join him. My friend was going to drop off her car and Tyson said he would pick her up in the limousine.

3. I got in Tyson's limousine to pick up my friend from her house. Tyson immediately started to touch me and attempted to kiss me. I told him no several times and asked him to stop, but he continued to attack me. He then pulled my pants off and violently raped me.

4. As a result of Tyson's rape, I suffered and continue to suffer from physical, psychological and emotional injury. I have experienced feelings of guilt, loss of self-respect, shame, embarrassment, sadness, anger, depression, anxiety, violent tendencies, drug and alcohol addiction and confusion resulting from the brutal rape. I have developed lifelong problems including but not limited to issues with sex, and with being touched as a result of the rape. I have been unable to maintain and/or develop healthy relationships with men or anyone in

general. I have experienced extreme emotional suffering including but not limited to nightmares, panic attacks and flashbacks.

5. This traumatic experience has caused me everlasting damage and I would like to preserve my privacy in this matter of a sensitive and highly personal nature. Tyson is a famous celebrity and I know I would be attacked by the media and all of his fans. The identification of myself to my friends, family, co-workers and the general public would certainly pose a risk to me of further mental harm, harassment, ridicule or personal embarrassment. It is for all these reasons that I would like this case to be brought under Anonymous.

Dated: 12-23-2022



Sworn to before me this
23 day of December, 2022

NOTARY PUBLIC

JESSICA LYNN BENOIT EIDE
Notary Public - State of New York
No. 01BE6438824
Qualified in Warren County
My Commission Expires 07/25/2026