**GIRVIN & FERLAZZO, PC**
ATTORNEYS AT LAW

20 Corporate Woods Blvd.
Albany, New York 12211
tel: 518 462 0300
fax: 518 462 5037
www.girvinlaw.com

*Daniel S. L. Rubin*
*Partner*
*dsr@girvinlaw.com*

March 7, 2025

**VIA ECF ONLY**
Hon. Mitchell J. Katz, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse NY 13261-7346

Re: **Anonymous v. Mike Tyson**
Civil Action No.: 1:23-CV-0142 (TJM/ATB)

Dear Judge Katz,

Girvin & Ferlazzo, PC represents Defendant Mike Tyson in the above-referenced matter. I write to provide a status update to the Court pursuant to the Court's March 4, 2025, Text Order.

I have conferred with Darren Seilback, Esq., Counsel for Plaintiff, who has informed me that Plaintiff is withdrawing her complaint and voluntarily discontinuing this Action with prejudice. Accordingly, no further scheduling order will be necessary in this case.

The parties are in the process of drafting a stipulation of discontinuance pursuant to FRCP 41(a)(1)(A)(ii) and will file the same on or before March 14, 2025.

Darren Seilback, Esq., has approved this letter.

We thank the Court for its time and attention to this matter.

Very truly yours,

GIRVIN & FERLAZZO, P.C.

By: _____
Daniel S. L. Rubin, Esq.

DSR/sr