UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHRISTI PINTO,

            Plaintiff,

-against-

MIKE TYSON,

           Defendants.

Civil Case No.: 1:23-CV-0142 (TJM/ATB)

---

### STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their counsel of record, that each and every claim and cause of action at issue in this case, including those that were or could have been brought, are hereby voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs and fees.

By signing below, Counsel attest that they have been authorized by their clients to enter into this stipulation on their client's behalf and have full authority to do so from their respective clients.

Dated: March 10, 2025

ODDO & BABAT, P.C.

By: DARREN SEILBACK, ESQ.
*Attorneys for Plaintiff*
8 West 38th Street, Suite 1002
New York, New York 10018

CHRISTI PINTO
Plaintiff

Dated: March 7, 2025

GIRVIN & FERLAZZO, P.C.

By: DANIEL S. L. RUBIN, ESQ.
*Attorneys for Defendant*
20 Corporate Woods Boulevard
Albany, New York 12211